IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN SELLERS,** </br>    Plaintiff, </br> </br> v. </br> </br> **LESLIE LESHAN** *and* </br> **JPL PASADENA,** </br>    Defendants. | ) </br> ) </br> ) </br> ) **CIVIL ACTION NO. 1:24-00084-JB-N** </br> ) </br> ) </br> ) </br> ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc# 6) dated January 27, 2025—made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)—is **ADOPTED** as the opinion of this Court. Accordingly, this civil action is **DISMISSED without prejudice** (1) under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted; and, additionally and alternatively, (2) for failure to prosecute this action, under both Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket.

Judgment consistent with this order shall hereafter be set out by separate document, in accordance with Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 18th day of February, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE
