IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN SELLERS,** | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    **CIVIL ACTION NO. 1:24-00084-JB-N** |
| | ) |
| **LESLIE LESHAN** *and* | ) |
| **JPL PASADENA,** | ) |
|     Defendants. | ) |

**JUDGMENT**

In accordance with the order entered on this date adopting the recommendation of the Magistrate Judge, it is **ADJUDGED** and **DECREED** that this civil action is **DISMISSED without prejudice**, and that **JUDGMENT** is accordingly entered in favor of the Defendants and against the Plaintiff, **JOHN SELLERS**.

**DONE and ORDERED** this 18th day of February, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE